# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0267. MARCUS ANDERSON v. THE STATE.**

In August 2023, Marcus Anderson pleaded guilty to a single count of violating a family violence protective order. Anderson subsequently sought to challenge his conviction by filing a timely motion in arrest of judgment. Following a hearing, the trial court entered an order on December 11, 2023, denying Anderson's motion. Anderson then filed a motion for reconsideration, which the trial court denied on December 21, 2023. On January 19, 2024, Anderson filed the current application for discretionary review in the Supreme Court of Georgia, which transferred the application to this Court. We lack jurisdiction.

"[A] trial court's ruling on a motion in arrest of judgment is normally directly appealable to whichever appellate court has subject matter jurisdiction over the case." *Lay v. State*, 289 Ga. 210, 211 (1) (710 SE2d 141) (2011). And this Court will grant a timely application for discretionary appeal where the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). To be timely, however, a discretionary application must be filed within 30 days following entry of the order sought to be appealed. OCGA § 5-6-35 (d). This deadline is jurisdictional, and this Court cannot accept an application for appeal not made in compliance with the statute. See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016) (holding that an appellate court ordinarily lacks jurisdiction over an untimely application for discretionary appeal).

Here, although Anderson's application was filed within 30 days of the denial of his motion for reconsideration, it is untimely as to the order denying his motion for

arrest in judgment, as it was filed 39 days after entry of that order. And Anderson's filing of his motion for reconsideration did not extend the time for filing a discretionary application for appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Furthermore, the denial of a motion for reconsideration of an appealable order or judgment is not itself appealable. Id. Because Anderson's application is untimely as to the order denying his motion for arrest in judgment, and because the order denying his motion for reconsideration is not appealable, we lack jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  03/20/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*